IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA,   )<br>  )<br>        Plaintiff-Respondent,   )<br>  )<br>v.                                          )<br>  )<br>KATHY ANN RODRIGUEZ,    )<br>  )<br>        Defendant-Movant.         )<br>_____) | Case Nos.   CV-05-368-S-BLW<br>                     CR-04-07-S-BLW<br><br>**JUDGMENT** |

Based upon the Court's Order filed herewith, IT IS HEREBY ORDERED AND ADJUDGED that the Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence (Docket No. 1 in CV-05-368-S-BLW and Docket No. 53 in CR-04-07-S-BLW) filed by KATHY ANN RODRIGUEZ is DENIED and Case No. CV-05-368-S-BLW is DISMISSED with prejudice.

DATED: **December 18, 2006**

_____
B. LYNN WINMILL
Chief Judge
United States District Court

**Judgment - 1**